# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHN PELLEGRINO,<br><br>         Plaintiff,<br><br>   v.<br><br>LYNN R. MEREDITH,<br><br>         Defendant. | Case No.  1:15-cv-00218-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE AGAINST PLAINTIFF<br><br>RESPONSE DUE MAY 15, 2015 |

On April 13, 2015, Plaintiff Anthony John Pellegrino ("Plaintiff") filed what purports to be proofs of service. (ECF Nos. 5, 6.) These proofs of service make representations that Defendant Lynn R. Meredith and County of Stanislaus were served by a Natalia M. Bower with summonses in this action on April 7, 2015.

However, the Court's records indicate that the Court has not issued any summonses in this action. Accordingly, any suggestion that Defendants have been served with a valid summons appears to be a fraudulent misrepresentation to the Court, as well as Defendants.

The Court will order Plaintiff to show cause why he should not be sanctioned by this court for his apparent misrepresentations. Plaintiff shall file a written response to this order to show cause on or before May 15, 2015. Plaintiff's written response shall explain the factual basis of his claim that Defendants have been served with valid summonses and state why sanctions, including dismissal/terminating sanctions if warranted, should not be issued for

Plaintiff's conduct.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall SHOW CAUSE why sanctions should not be issued by this Court against Plaintiff for fraudulent misrepresentations made in the proofs of service filed on April 13, 2015 (ECF Nos. 5, 6); and

2. Plaintiff's written response to this order to show cause shall be filed on or before May 15, 2015. Plaintiff is forewarned that failure to comply with this order may result in further sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 15, 2015**

UNITED STATES MAGISTRATE JUDGE

2